No. 03–5881. GRAHAM v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 03–5885. HOLTZ v. STRAUB, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 03–5886. GOODMAN v. SMITH ET AL. C. A. 4th Cir. Certiorari denied.

No. 03–5888. HUSSMANN v. VAUGHN, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT GRATERFORD, ET AL. C. A. 3d Cir. Certiorari denied.

No. 03–5892. HARRISON v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 03–5893. HUGHLEY v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 03–5895. DARBY v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 03–5896. WASHINGTON v. VAUGHN, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT GRATERFORD, ET AL. C. A. 3d Cir. Certiorari denied.

No. 03–5897. STOKES ET AL. v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 03–5901. RIVERA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 03–5902. CREWS v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 03–5904. CHAPMAN v. ARKANSAS. Sup. Ct. Ark. Certiorari denied.

No. 03–5906. DIXON v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 03–5907. MCCULLON v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 03–5908. BUGH v. BRADSHAW, WARDEN. C. A. 6th Cir. Certiorari denied.